1  MOORE LAW FIRM, P.C.
   TANYA E. MOORE, SBN 206683
2  tanya@moorelawfirm.com
   332 North Second Street
3  San Jose, California 95112
   Telephone:   (408) 298-2000
4  Facsimile:   (408) 298-6046

5  Attorneys for Plaintiff
   RONALD MOORE
6
   HANSON BRIDGETT LLP
7  KURT A. FRANKLIN, SBN 172715
   MEGAN OLIVER THOMPSON, SBN 256654
8  425 Market Street, 26th Floor
   San Francisco, California 94105
9  Telephone:   (415) 777-3200
   Facsimile:   (415) 541-9366
10
   Attorneys for Defendants King of Central
11 Valley and Central Valley Group, Inc.

12

13                  **UNITED STATES DISTRICT COURT**

14                  **EASTERN DISTRICT OF CALIFORNIA**

15

16 RONALD MOORE,                        CASE NO. 13-CV-00611-AWI-BAM

17         Plaintiff,                   **STIPULATION AND ORDER FOR
                                        EXTENSION OF TIME TO RESPOND TO**
18         v.                           **COMPLAINT AND TO RESCHEDULE
                                        SCHEDULING CONFERENCE**
19 KING OF CENTRAL VALLEY, a California
   General Partnership; CENTRAL VALLEY
20 GROUP, INC., a California corporation,
   dba BURGER KING #7705;,
21
           Defendants.
22

23         Pursuant to Local Rules 143 and 144, Plaintiff Ronald Moore and Defendants King

24 of Central Valley and Central Valley Group, Inc., through their undersigned counsel,

25 hereby stipulate as follows:

26         WHEREAS, this action was filed on April 26, 2013;

27         WHEREAS, Defendants waived service on May 28, 2013;

28         WHEREAS, Defendants' answer to the Complaint is currently due on July 19,

                                        -1-       STIP AND ORDER TO EXTEND TIME TO
                                               RESPOND TO COMPLT AND RESCHEDULE
                                                            SCHED CONF

1  2013;

2      WHEREAS, the Court's Mandatory Scheduling Conference is currently set for

3  August 13, 2013 at 9:00 a.m.;

4      WHEREAS, the parties are in the process of negotiating a settlement of this action

5  and, therefore, have agreed to extend Defendants' time to respond to the complaint to

6  August 30, 2013;

7      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties,

8  through their counsel, as follows:

9      1)    Defendants shall have to and including August 30, 2013 to answer or

10  otherwise respond to the complaint; and

11      2)    In the interest of judicial economy and efficient use of resources, the parties

12  hereby request that the Court reschedule the Mandatory Scheduling Conference to a

13  date after September 1, 2013 that is convenient for the Court's calendar.

14      IT IS SO STIPULATED.

15  DATED: July 30, 2013                    MOORE LAW FIRM, P.C.

16

17                                          /S/ Tanya E. Moore
                                    By:_  (as authorized on July 18, 2013)
18                                          TANYA E. MOORE
                                            Attorneys for Plaintiff
19                                          RONALD MOORE

20  DATED: July 30, 2013                    HANSON BRIDGETT LLP

21

22                                  By:_  /S/ Megan Oliver Thompson
                                            KURT A. FRANKLIN
23                                          MEGAN OLIVER THOMPSON
                                            Attorneys for Defendants KING OF CENTRAL
24                                          VALLEY and CENTRAL VALLEY GROUP,
                                            INC.
25  / / /

26  / / /

27  / / /

28  / / /

5244405.1

-2-        STIP AND ORDER TO EXTEND TIME TO
           RESPOND TO COMPLT AND RESCHEDULE
           SCHED CONF

1

## ORDER

2        Based on the above Stipulation, and for good cause shown, Defendants' deadline

3  to respond to Plaintiff's complaint is hereby extended to August 30, 2013.  Further, the

4  Scheduling Conference currently scheduled for August 13, 2013 is continued to

5  September 24, 2013.

6

7  IT IS SO ORDERED.

8      Dated:   __July 30, 2013__                    ____/s/ *Barbara A. McAuliffe*____

9                                                    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-        STIP AND ORDER TO EXTEND TIME TO
RESPOND TO COMPLT AND RESCHEDULE
SCHED CONF