MOORE LAW FIRM, P.C.
TANYA E. MOORE, SBN 206683
tanya@moorelawfirm.com
332 North Second Street
San Jose, California 95112
Telephone:   (408) 298-2000
Facsimile:   (408) 298-6046

Attorneys for Plaintiff
RONALD MOORE

HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
MEGAN OLIVER THOMPSON, SBN 256654
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendants King of Central Valley and Central Valley Group, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>  v.<br><br>KING OF CENTRAL VALLEY, a California General Partnership; CENTRAL VALLEY GROUP, INC., a California corporation, dba BURGER KING #7705;,<br><br>    Defendants. | CASE NO. 13-CV-00611-AWI-BAM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO RESCHEDULE SCHEDULING CONFERENCE** |

Pursuant to Local Rules 143 and 144, Plaintiff Ronald Moore and Defendants King of Central Valley and Central Valley Group, Inc., through their undersigned counsel, hereby stipulate as follows:

WHEREAS, this action was filed on April 26, 2013;

WHEREAS, Defendants waived service on May 28, 2013;

WHEREAS, Defendants' answer to the Complaint is currently due on July 19,

5244405.1

-1-   STIP AND ORDER TO EXTEND TIME TO RESPOND TO COMPLT AND RESCHEDULE SCHED CONF

2013;

WHEREAS, the Court's Mandatory Scheduling Conference is currently set for August 13, 2013 at 9:00 a.m.;

WHEREAS, the parties are in the process of negotiating a settlement of this action and, therefore, have agreed to extend Defendants' time to respond to the complaint to August 30, 2013;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, as follows:

1) Defendants shall have to and including August 30, 2013 to answer or otherwise respond to the complaint; and

2) In the interest of judicial economy and efficient use of resources, the parties hereby request that the Court reschedule the Mandatory Scheduling Conference to a date after September 1, 2013 that is convenient for the Court's calendar.

IT IS SO STIPULATED.

DATED: July 30, 2013            MOORE LAW FIRM, P.C.

By: /S/ Tanya E. Moore
    (as authorized on July 18, 2013)
TANYA E. MOORE
Attorneys for Plaintiff
RONALD MOORE

DATED: July 30, 2013            HANSON BRIDGETT LLP

By: /S/ Megan Oliver Thompson
KURT A. FRANKLIN
MEGAN OLIVER THOMPSON
Attorneys for Defendants KING OF CENTRAL VALLEY and CENTRAL VALLEY GROUP, INC.

///
///
///
///

# ORDER

Based on the above Stipulation, and for good cause shown, Defendants' deadline to respond to Plaintiff's complaint is hereby extended to August 30, 2013. Further, the Scheduling Conference currently scheduled for August 13, 2013 is continued to September 24, 2013.

IT IS SO ORDERED.

Dated: **July 30, 2013**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE