Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KING OF CENTRAL VALLEY, a California General Partnership, et al.,<br><br>　　　　Defendants. | No.  1:13-cv-00611-AWI-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION;  ORDER** |

　　　WHEREAS, no Defendant has filed an answer or motion for summary judgment;

　　　WHEREAS, Plaintiff and Defendants have settled the matter;

　　　WHEREAS, no counterclaim has been filed;

　　　Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: September 10, 2013　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　Ronald Moore

///

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   September 10, 2013                           _____
                                                                            SENIOR  DISTRICT  JUDGE