1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

6

7

8              **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10

11  RONALD MOORE,                     )  No.  1:13-cv-00611-AWI-BAM
                                      )
12            Plaintiff,              )  **NOTICE OF VOLUNTARY DISMISSAL**
                                      )  **OF ACTION;  ORDER**
13       vs.                          )
                                      )
14  KING OF CENTRAL VALLEY, a California )
    General Partnership, et al.,      )
15                                    )
                                      )
16            Defendants.             )
                                      )
17  _____ )

18       WHEREAS, no Defendant has filed an answer or motion for summary judgment;

19       WHEREAS, Plaintiff and Defendants have settled the matter;

20       WHEREAS, no counterclaim has been filed;

21       Plaintiff hereby respectfully requests that this action be dismissed with prejudice

22  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

23  Date: September 10, 2013              MOORE LAW FIRM, P.C.

24

25                                       /s/ Tanya E. Moore
                                         _____
26                                       Tanya E. Moore
                                         Attorneys for Plaintiff
27                                       Ronald Moore

28  ///

1

## <u>ORDER</u>

2          Good cause appearing,

3          IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4

5

6

7    IT IS SO ORDERED.

8    Dated:  __September 10, 2013__          _____

9                                                        SENIOR  DISTRICT  JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28